# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Daniel McGough,

          Plaintiff,          Case No. 24-12580

v.          Judith E. Levy
          United States District Judge

Lincoln Consolidated Schools, *et al.*,          Mag. Judge Anthony P. Patti

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [32]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 32) recommending the Court grant Defendants' motion to dismiss (ECF No. 18.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the result.

Additionally, the Court notes that Plaintiff has filed or removed to this Court nine other cases in less than one year, four of which have been

dismissed. *See McGough v. Gadwell*, Case No. 24-12821 (dismissed); *McGough v. Shackelford*, Case No. 24-12820 (dismissed); *McGough v. McCloskey,* Case No. 24-13350 (dismissed); *McGough v. Clayton*, Case No. 24-13456 (dismissed); *McGough v. Conlin*, Case No. 24-13352 (report and recommendation to dismiss the complaint pending); *Michigan v. McGough*, Case No. 25-12440 (pending); *Michigan v. McGough*, Case No. 25-12441 (pending); *McGough v. Washtenaw Cnty. Trial Ct.*, Case No. 25-10571 (pending); *McGough v. Washtenaw County*, Case No. 25-11226 (pending). The Court warns Plaintiff that his conduct verges on abuse of the legal process and that filing duplicative or frivolous matters may result in requirements prior to filing future cases or documents.

The Report and Recommendation (ECF No. 32) is ADOPTED; and Defendants' motion to dismiss (ECF No. 18) is GRANTED.[1]

IT IS SO ORDERED.

Dated: September 3, 2025　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　JUDITH E. LEVY
　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).

2

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 3, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
